Orsburn Stone
6885 West Lone Mountain, #147
Las Vegas, Nevada 89108
Tel: (702) 860-7031
*Plaintiff in Proper Person*

Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Charles J. Lee, Bar No. 13523
charles.lee@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ORSBURN STONE,<br><br>Plaintiff,<br><br>v.<br><br>ST. ROSE HOSPITAL, dba DIGNITY HEALTH, a Nevada based Company; and DOES and ROES I through XX, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00083-JAD-GWF<br><br>**STIPULATION AND ORDER MODIFYING DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |
|---|---|

Plaintiff, representing himself, and Defendant, by and through its attorneys of record, hereby stipulate and agree to the following:

1. On March 13, 2015, Docket # 9, the Court entered the parties' proposed Stipulated Discovery Plan and Scheduling Order ("Scheduling Order"), which set a dispositive motion deadline of September 30, 2015.

2. Due to scheduling conflicts as well as unanticipated personal matters, on September 11, 2015, Defendant's counsel contacted Plaintiff to inquire whether Plaintiff would agree to seek the Court's approval to extend the dispositive motion deadline by fourteen days, through and including, October 14, 2015. Plaintiff agreed to seek such Court approval.

3. This is a one-time request for an extension of time and, absent unanticipated, extenuating circumstances, the parties do not intend to seek any additional extensions of the dispositive motion deadline.

4. This stipulation is submitted based upon good cause and the request herein is not made for the purpose of delay.

Respectfully submitted this 14th day of September, 2015.

JACKSON LEWIS P.C.

/s/Orsburn Stone
Orsburn Stone
6885 West Lone Mountain #147
Las Vegas, Nevada 89108

*Plaintiff in Proper Person*

/s/ Charles J. Lee
Elayna J. Youchah, Bar No. 5837
Charles J. Lee, Bar No. 13523
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for the Defendant*

### ORDER

IT IS SO ORDERED  September 15 , 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge

4840-6555-2680, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-2-